CLISTA M. McCARTHY, as Administratrix of the Estate of EDWARD SANDELL, Deceased, Respondent, v. THE SUPREME COURT OF THE INDEPENDENT ORDER OF FORESTERS, Appellant.

*McCarthy* v. *Supreme Court Ind. Order of Foresters*, 113 App. Div. 892, affirmed.
(Argued January 24, 1907; decided February 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 25, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, without a jury, in an action to recover the amount of a fraternal benefit certificate of life insurance.

*O. P. Stockwell* for appellant.

*Edmund J. Plumley* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT and CHASE, JJ. Taking no part: HISCOCK, J.